IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANNETTE MARIE REICHLING,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

3:12-CV-01069
(JUDGE MARIANI)

FILED
SCRANTON
JUL 0 9 2014
Per_____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 9TH DAY OF JULY, 2014**, upon review of Magistrate Judge Schwab's Report and Recommendation (Doc. 20) for clear error and manifest injustice, based on the Government's express decision to "waive[] the opportunity to object to the Report and Recommendation," (see Doc. 21), **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Doc. 20) is **ADOPTED**, for the reasons stated therein.

2. Plaintiff's Motion (Doc. 22) requesting that this Court adopt the Report and Recommendation is therefore **GRANTED**.

3. The decision of the Commissioner is **VACATED**.

4. The case is **REMANDED** to Administrative Law Judge Hazel Strauss to remedy the defects cited in the Report and Recommendation.

_[signature]_
Robert D. Mariani
United States District Judge